782 A.2d 419

BRENT HALVERSON, ET AL., PLAINTIFFS–PETITIONERS, v. CNA INSURANCE COMPANIES, DEFENDANT, AND CONTINENTAL CASUALTY COMPANY, DEFENDANT–PETITIONER.

June 6, 2001.

Petition for certification is granted, and the matter is summarily remanded to the Appellate Division for reconsideration in light of *Owen v. CNA Insurance,* 167 *N.J.* 450, 771 *A.*2d 1208 (2000); and it is further

ORDERED that the appeal filed in the within matter is dismissed pursuant to *Rule* 2:12–9.

782 A.2d 419

SERGIO GANZALEZ, PETITIONER–PETITIONER, v. NEW JERSEY STATE PAROLE BOARD, RESPONDENT–RESPONDENT.

June 8, 2001.

Petition for certification is granted, and the matter is summarily remanded to the New Jersey Parole Board to hear petitioner's appeal on the merits.